UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIFORD,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIP HALL,<br><br>    Defendant. | Case No.: 1:15-cv-00868 - KJM - JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A CHANGE IN VENUE<br><br>(Doc. 33) |

    Plaintiff seeks a change in venue pursuant to California Code of Civil Procedure § 397, asserting that the action may be moved in situations where there is reason to believe an impartial trial may not be had in the county where the action is filed. (Doc. 33 at 2) Likewise, he cites California Code of Civil Procedure § 394 and argues that an action for negligence against a county should not be tried in that county. *Id.* Notably, however, this section permits the trial to occur in the defendant county. *Id.* ["[A]ny action or proceeding against the . . . county . . . for injury occurring within the . . . county . . . to person or property or person and property caused by the negligence or alleged negligence of the. . . county . . . or its agents or employees, shall be tried in that county . . ."] Even still, Plaintiff's complaint does not raise a negligence claim. (Doc. 22; Doc. 37)

    More importantly, generally, the Federal Rules of Civil Procedure apply to proceedings in federal court. Fed.R.Civ.P. 1. Thus, Plaintiff fails to demonstrate a change in venue is appropriate under *federal* law, which provides that "a district court may transfer any civil action to any other

1

district or division where it might have been brought" for the convenience of parties and witness, and in the interest of justice.  28 U.S.C. § 1404.  Moreover, the matter is assigned a District Judge who presides in Sacramento, which dictates that any trial in this matter will occur in Sacramento.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for a change in venue (Doc. 33) is **DENIED**.

IT IS SO ORDERED.

Dated:   **August 18, 2015**          /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE